# United States Bankruptcy Court

Southern District of Alabama

## Case No. 20–12312
**Chapter 7**

In re:

Rocco Anthony Didonna Jr.
aka Rocco A Didonna Jr.
198 Summerfield Drive
Foley, AL 36535

Social Security No.:
xxx–xx–3449

## ORDER APPROVING REAFFIRMATION AGREEMENT WITHOUT HEARING

   This case is before the court on the reaffirmation agreement (doc. 19) between debtor(s) and creditor FreedomRoad Financial relating to the following collateral: 2018 Triumph Bonneville T120. No hearing is necessary because (a) the debtor(s) were represented by counsel in negotation of the reaffirmation agreement and (b) there is no presumption of hardship and/or the creditor is a credit union. 11 U.S.C. § 524(c)(3), (m)(1), and (m)(2). The court thus APPROVES the reaffirmation agreement.

Dated: 11/25/20

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

<u>The debtor(s) may rescind (cancel) the reaffirmation agreement at any time before the bankruptcy court enters a discharge or within 60 days after the reaffirmation agreement was filed with the court, whichever is later</u>, by notifying the creditor that the reaffirmation agreement is rescinded. The court recommends that any recission be made in writing and filed with the court, with debtor(s) keeping a copy.